MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
HOWARD S. SHERNOFF #263556
SHERNOFF BIDART ECHEVERRIA LLP
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 621-4935
Facsimile: (909) 447-2043

Mary E. Alexander #104173
Jennifer L. Fiore #203618
MARY E. ALEXANDER & ASSOCIATES
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRICIA LYNNE ROTH and KAY HUH,<br><br>Defendants. | Case No.: CV 11-01136 SC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT TO SAME DATE AS MOTION TO DISMISS/STAY & [~~PROPOSED~~] ORDER<br><br>Date:      August 26, 2011<br>Time:      10:00 a.m.<br>Courtroom: 1 |

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED that the parties have agreed to a continuance of the Case Management Conference currently set for July 22, 2011 at 10:00 a.m. to the hearing date for Defendants' Motion to Dismiss or Stay the Action currently set for August 26, 2011 at 10:00 a.m. in Courtroom 1.

IT IS HEREBY STIPULATED.

Dated: July 1, 2011                     SHERNOFF BIDART ECHEVERRIA LLP

                                        By _____/s/_____
                                            MICHAEL J. BIDART
                                            RICARDO ECHEVERRIA
                                            HOWARD S. SHERNOFF
                                        Attorneys for Defendants, Tricia Lynne
                                        Roth and Kay Huh


Dated: July  , 2011                     NIELSEN HALEY & ABBOTT, LLP


                                        By _____
                                            STEVE CUSICK
                                        Attorneys for Plaintiff, Colony Insurance
                                        Company

Case 3:11-cv-01136-SC   Document 17   Filed 07/05/11   Page 3 of 5

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED that the parties have agreed to a continuance of the Case Management Conference currently set for July 22, 2011 at 10:00 a.m. to the hearing date for Defendants' Motion to Dismiss or Stay the Action currently set for August 26, 2011 at 10:00 a.m. in Courtroom 1.

IT IS HEREBY STIPULATED.

Dated: July 1, 2011                         SHERNOFF BIDART ECHEVERRIA LLP


                                            By _____
                                                MICHAEL J. BIDART
                                                RICARDO ECHEVERRIA
                                                HOWARD S. SHERNOFF
                                            Attorneys for Defendants, Tricia Lynne
                                            Roth and Kay Huh


Dated: July 1, 2011                         NIELSEN HALEY & ABBOTT, LLP


                                            By _____
                                                STEVE CUSICK
                                            Attorneys for Plaintiff, Colony Insurance
                                            Company

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT TO SAME DATE AS
MOTION TO DISMISS/STAY & [PROPOSED] ORDER

```
 1  MICHAEL J. BIDART #60582
 2  RICARDO ECHEVERRIA #166049
    HOWARD S. SHERNOFF #263556
 3  SHERNOFF BIDART ECHEVERRIA LLP
 4  600 South Indian Hill Boulevard
    Claremont, California 91711
 5  Telephone: (909) 621-4935
 6  Facsimile: (909) 447-2043
 7
    Mary E. Alexander #104173
 8  Jennifer L. Fiore #203618
 9  MARY E. ALEXANDER & ASSOCIATES
    44 Montgomery Street, Suite 1303
10  San Francisco, California  94104
11  Telephone: (415) 433-4440
    Facsimile: (415) 433-5440
12
13  Attorneys for Defendants
14
15              UNITED STATES DISTRICT COURT
16
17              NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRICIA LYNNE ROTH and KAY HUH,<br><br>Defendants. | Case No.: CV 11-01136 SC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:       August 26, 2011<br>Time:       10:00 a.m.<br>Courtroom:  1 |

-3-

STIPULATION TO CONTINUE CASE MANAGEMENT TO SAME DATE AS
MOTION TO DISMISS/STAY & [PROPOSED] ORDER

1  Pursuant to the Stipulation the Case Management Conference currently set
2  for July 22, 2011 at 10:00 a.m. is continued to the hearing date for Defendants'
3  Motion to Dismiss or Stay the Action on August 26, 2011 at 10:00 a.m. in
4  Courtroom 1 of the above-referenced court.

9  July 5, 2011 _____
10 HONORABLE SAMUEL L. CONTI

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

-4-

STIPULATION TO CONTINUE CASE MANAGEMENT TO SAME DATE AS
MOTION TO DISMISS/STAY & [PROPOSED] ORDER