MICHAEL J. BIDART #60582
mbidart@shernoff.com
RICARDO ECHEVERRIA #166049
recheverria@shernoff.com
HOWARD S. SHERNOFF #263556
hshernoff@shernoff.com
SHERNOFF BIDART ECHEVERRIA LLP
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 621-4935
Facsimile: (909) 447-2043

Mary E. Alexander #104173
Jennifer L. Fiore #203618
MARY E. ALEXANDER & ASSOCIATES
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRICIA LYNNE ROTH and KAY HUH,<br><br>Defendants. | Case No.: CV 11-01136 SC<br><br>STIPULATION TO STAY ACTION & [~~PROPOSED~~] ORDER<br><br>Date:  August 26, 2011<br>Time:  10:00 a.m.<br>Courtroom:  1 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties hereby stipulate to stay this action, as it was filed without knowledge of a parallel state court action which seeks to resolve the same issues. (*Roth v. Colony Specialty Ins. Co., et.* al., Case No. CIV 503781, San Mateo County Superior Court, assigned to Department 21, the Hon. Robert Foiles presiding.) Should for any reason the state court action fail to resolve finally the issues involved in this action, Colony reserves the right to seek a legal determination by this court of those issues. Likewise, Roth reserves the right to pursue a dismissal should this action resume before the state court action is fully resolved.

The parties respectfully request that the court grant the stipulation to stay this action and remove from the court's calendar the Case Management Conference and Motion to Dismiss or Stay the Action, both set for hearing on August 26, 2011, as this stipulation renders those hearings unnecessary.

IT IS HEREBY STIPULATED.

Dated: July 15, 2011                SHERNOFF BIDART ECHEVERRIA LLP

                                    By _____
                                       MICHAEL J. BIDART
                                       RICARDO ECHEVERRIA
                                       HOWARD S. SHERNOFF
                                       Attorneys for Defendants, Tricia Lynne
                                       Roth and Kay Huh

STIPULATION TO STAY ACTION & [PROPOSED] ORDER

Dated: July 15, 2011

NIELSEN HALEY & ABBOTT, LLP

By /s/ Steve Cusick
STEVE CUSICK
Attorneys for Plaintiff, Colony Insurance Company

STIPULATION TO STAY ACTION & [PROPOSED] ORDER

| | |
|---|---|
| 1 | MICHAEL J. BIDART #60582 |
| 2 | mbidart@shernoff.com |
|   | RICARDO ECHEVERRIA #166049 |
| 3 | recheverria@shernoff.com |
| 4 | HOWARD S. SHERNOFF #263556 |
|   | hshernoff@shernoff.com |
| 5 | SHERNOFF BIDART ECHEVERRIA LLP |
| 6 | 600 South Indian Hill Boulevard |
|   | Claremont, California 91711 |
| 7 | Telephone: (909) 621-4935 |
| 8 | Facsimile: (909) 447-2043 |

Mary E. Alexander #104173
Jennifer L. Fiore #203618
MARY E. ALEXANDER & ASSOCIATES
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRICIA LYNNE ROTH and KAY HUH,<br><br>Defendants. | Case No.: CV 11-01136 SC<br><br>[PROPOSED] ORDER TO STAY ACTION<br><br>Date:        August 26, 2011<br>Time:       10:00 a.m.<br>Courtroom: 1 |

-1-

[PROPOSED] ORDER TO STAY ACTION

1     Pursuant to the Stipulation to Stay this matter, the Court grants the
2 stipulation to stay this action and hereby removes from the court's calendar the
3 Case Management Conference and Motion to Dismiss or Stay the Action, both set
4 for hearing on August 26, 2011 at 10:00 a.m. in Courtroom 1 of the above-
5 referenced court.

10    7/20/11          _____
11                                HONORABLE SAMUEL CONTI

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*