IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLONY INSURANCE COMPANY,

    Plaintiff,

  v.

TRICIA LYNNE ROTH and KAY HUH,

    Defendants.

Case No. 11-1136 SC

ORDER TO SHOW CAUSE

On July 20, 2011, the parties stipulated to stay the instant action because "it was filed without knowledge of a parallel state court action which seeks to resolve the same issues." ECF No. 20 ("Stipulation & Order"). On October 5, 2012, the Court issued a Clerk's Notice requesting that the parties file a joint statement on the instant action's status no later than seven days from receipt of that Notice. ECF No. 21. The parties never responded to the Clerk's Notice.

The parties are hereby ORDERED to file a joint statement on the status of this action within ten (10) days of this Order's signature date. If the parties cannot do so within that time period, Plaintiff shall file a statement explaining why the parties failed to agree on a joint statement within fifteen (15) days

of this Order's signature date.  If the Court receives no further filings from the parties, the Court may dismiss this action with prejudice.

    IT IS SO ORDERED.

Dated: February 20, 2013 

UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California