JAMES C. NIELSEN (111889)
jnielsen@nielsenhaley.com
STEPHEN W. CUSICK (111353)
scusick@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff,
COLONY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRICIA LYNN ROTH and KAY HUGH,<br><br>Defendants. | Civil Action No.: 3:11-cv-01136 SC<br><br>STIPULATION OF DISMISSAL |

Given the agreement reached to settle all disputes between them,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned case be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: March 1, 2013

NIELSEN, HALEY & ABBOTT LLP

By: ______________________________
Stephen W. Cusick
Attorneys for Plaintiff
Colony Insurance Company

Dated: March 1, 2013

SHERNOFF BIDART ECHEVERRA LLP



By: ______________________________
Howard S. Shernoff
Attorneys for Defendants
Lynn Roth and Kay Hugh




Dated March 4, 2013

**PROOF OF SERVICE**

I declare that:

I am a citizen of the United States, employed in the County of Marin. I am over the age of eighteen years, and not a party to the within cause. My business address is 100 Smith Ranch Road, Suite 350, San Rafael, California 94903.

On the date set forth below I served the following document(s) described as:

**STIPULATION OF DISMISSAL**

[ ] (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**[ XX ] (BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorney for Defendants**
**Lynn Roth and Kay Hugh**
Howard S. Shernoff, Esq.
**Shernoff Bidart Echeverria LLP**
301 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
Telephone : (310) 246-0503
Facsimile: (310) 246-0380

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 1, 2013, at San Rafael, California.

Fatima Bonilla
Fatima Bonilla